United States District Court
Southern District of Texas

**ENTERED**
June 03, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHAHVEER CHALLA and<br>KARRIE CHALLA,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE FARM LLOYDS,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. H-16-0864<br>§<br>§<br>§<br>§ |

### ORDER OF REMAND

  This action is **REMANDED** to the 165th Judicial District Court of Harris County, Texas.

  The Clerk of this court will promptly provide a copy of this Order of Remand to the District Clerk of Harris County, Texas.

  **SIGNED** at Houston, Texas, on this the 3rd day of June, 2016.

                _____
                SIM LAKE
              UNITED STATES DISTRICT JUDGE